UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

<table>
<tr><td>NICHOLAS ROBINSON ,<br><br>Plaintiff(s),<br><br>v.<br><br>META PLATFORMS, INC. ,<br><br>Defendant(s).</td><td>Case No. 3:26-cv-01616-CRB<br><br>**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**: ORDER<br>(CIVIL LOCAL RULE 11-3)</td></tr>
</table>

I, __Gary Scott Feinerman__, an active member in good standing of the bar of __the Supreme Court of Illinois__, hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: __Meta Platforms, Inc.__ in the above-entitled action. My local co-counsel in this case is __Melanie M. Blunschi__, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California. Local co-counsel's bar number is: __234264__.

Latham & Watkins LLP
330 North Wabash Avenue, Suite 2800
Chicago, IL 60611
MY ADDRESS OF RECORD

Latham & Watkins LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
LOCAL CO-COUNSEL'S ADDRESS OF RECORD

+1.312.876.7700
MY TELEPHONE # OF RECORD

+1.415.391.0600
LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD

gary.feinerman@lw.com
MY EMAIL ADDRESS OF RECORD

melanie.blunschi@lw.com
LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: __6206906__.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court ___3___ times in the 12 months preceding this application.

United States District Court
Northern District of California

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules. I declare under penalty of perjury that the foregoing is true and correct.

Dated: 2/27/2026                                    /s/ Gary Scott Feinerman
                                                     APPLICANT

ORDER GRANTING APPLICATION

FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of ___Gary Scott Feinerman___ is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: _____March 2, 2026_____

_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE

United States District Court
Northern District of California

Updated 11/2021                          2