UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

NICHOLAS ROBINSON ,

Plaintiff(s),

v.

META PLATFORMS, INC. ,

Defendant(s).

Case No. 3:26-cv-01616-CRB

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE** : ORDER
(CIVIL LOCAL RULE 11-3)

I, Kathryn Krengel George , an active member in good standing of the bar of the Supreme Court of Illinois , hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: Meta Platforms, Inc. in the above-entitled action. My local co-counsel in this case is Melanie M. Blunschi , an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.  Local co-counsel's bar number is: 234264 .

Latham & Watkins LLP
330 North Wabash Avenue, Suite 2800
Chicago, IL 60611
MY ADDRESS OF RECORD

Latham & Watkins LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
LOCAL CO-COUNSEL'S ADDRESS OF RECORD

+1.312.876.7700
MY TELEPHONE # OF RECORD

+1.415.391.0600
LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD

katie.george@lw.com
MY EMAIL ADDRESS OF RECORD

melanie.blunschi@lw.com
LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 6306004 .

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court 1 times in the 12 months preceding this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.  I declare under penalty of perjury that the foregoing is true and correct.

Dated: 2/27/2026 _____    /s/ Kathryn Krengel George _____
                                               APPLICANT

ORDER GRANTING APPLICATION

FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of __Kathryn Krengel George__ is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: __March 2, 2026_____

_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE

United States District Court
Northern District of California

Updated 11/2021                    2