LATHAM & WATKINS LLP
Melanie M. Blunschi (Bar No. 234264)
 melanie.blunschi@lw.com
Nicholas Rosellini (Bar No. 316080)
 nick.rosellini@lw.com
Alisha Nguyen (Bar No. 344450)
 alisha.nguyen@lw.com
Carmen Crossley (Bar No. 344856)
 carmen.crossley@lw.com
505 Montgomery St., Suite 2000
San Francisco, CA 94111
Telephone: +1.415.391.0600

Gary Feinerman (*pro hac vice*)
 gary.feinerman@lw.com
Kathryn K. George (*pro hac vice*)
 katie.george@lw.com
330 N. Wabash Ave., Suite 2800
Chicago, IL 60611
Telephone: +1.312.876.7700

Attorneys for Defendant Meta Platforms, Inc.

BURSOR & FISHER, P.A.
L. Timothy Fisher (State Bar No. 191626)
1990 North California Blvd., 9th Floor
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
E-mail: ltfisher@bursor.com

Attorneys for Plaintiff Nicholas Robinson

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICHOLAS ROBINSON, individually and on behalf of all others similarly situated,<br><br>        Plaintiff,<br><br>      v.<br><br>META PLATFORMS, INC.<br><br>        Defendant. | Case No. 3:26-cv-01616-CRB<br><br>Hon. Charles R. Breyer<br><br>**JOINT STIPULATION TO EXTEND MOTION TO DISMISS BRIEFING SCHEDULE [L.R. 6-1]** : ORDER<br><br>Complaint Served: January 23, 2026<br>Current Opposition Date: April 27, 2026<br>New Opposition Date: May 13, 2026<br>Current Reply Date: May 4, 2026<br>New Reply Date: June 3, 2026 |

Pursuant to Federal Rule of Civil Procedure 6(b) and Civil Local Rule 6-1(a), Plaintiff Nicholas Robinson ("Plaintiff") and Defendant Meta Platforms, Inc. ("Defendant"), by and through their undersigned counsel of record, hereby stipulate as follows with respect to Plaintiff's time to oppose Defendant's Motion to Dismiss or amend its Complaint and Defendant's time to reply to any opposition Plaintiff may file.

WHEREAS, on January 26, 2026, Defendant was served the Complaint in this matter;

WHEREAS, Defendant filed a Motion to Dismiss Plaintiff's Complaint on April 13, 2026;

WHEREAS, Plaintiff's deadline to oppose the motion or file a First Amended Complaint is April 27, 2026;

WHEREAS, Defendant's deadline to reply to Plaintiff's opposition to its Motion to Dismiss is May 4, 2026;

WHEREAS, the hearing on Defendant's Motion to Dismiss is on June 26, 2026;

WHEREAS, Plaintiff seeks an extension of 16 days to oppose Defendant's motion;

WHEREAS, Defendant seeks an extension of 14 days to reply to any opposition Plaintiff may file;

WHEREAS, Counsel for Plaintiff and Counsel for Defendant submit that the parties need additional time to prepare responsive briefing;

WHEREAS, the parties have conferred and agreed to the extensions;

WHEREAS, the parties previously stipulated to a 45-day extension for Defendant to respond to the Complaint;

WHEREAS, the parties do not enter into this stipulation for the purpose of delay, and the extension will not alter the date of any event or any deadline already fixed by Court order; and

WHEREAS, no parties will be prejudiced by the stipulation.

NOW THEREFORE, the parties hereby stipulate as follows:

Plaintiff shall file an opposition to Defendant's Motion to Dismiss or a First Amended Complaint on or before May 13, 2026; and

1

Defendant shall file a reply to any opposition that Plaintiff may file on or before June 3, 2026.

**IT IS SO STIPULATED.**

Respectfully submitted,

Dated: April 23, 2026

LATHAM & WATKINS LLP

By: */s/ Melanie M. Blunschi*
Melanie M. Blunschi (Bar No. 234264)
 melanie.blunschi@lw.com
Nicholas Rosellini (Bar No. 316080)
 nick.rosellini@lw.com
Alisha Nguyen (Bar No. 344450)
 alisha.nguyen@lw.com
Carmen Crossley (Bar No. 344856)
 carmen.crossley@lw.com
505 Montgomery St., Suite 2000
San Francisco, CA 94111
Telephone: +1.415.391.0600

Gary Feinerman (*pro hac vice*)
 gary.feinerman@lw.com
Kathryn J. George (*pro hac vice*)
 katie.george@lw.com
330 N. Wabash Ave., Suite 2800
Chicago, IL 60611
Telephone: +1.312.876.7700

*Attorneys for Defendant*
*Meta Platforms, Inc.*

Dated: April 23, 2026

BURSOR & FISHER, P.A.

By: */s/ L. Timothy Fisher*
L. Timothy Fisher (State Bar No. 191626)
1990 North California Blvd., 9th Floor
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
E-mail: ltfisher@bursor.com

*Attorneys for Plaintiff Nicholas Robinson*

2

JOINT STIPULATION TO EXTEND MOTION TO
DISMISS BRIEFING SCHEDULE

**ATTESTATION**

Pursuant to Civil Local Rule 5-1(i), I attest that concurrence in the filing of this document has been obtained from the other Signatory, which shall serve in lieu of their signature on the document.


Date: April 23, 2026                                    /s/ *L. Timothy Fisher*
                                                         L. Timothy Fisher

3

LATHAM & WATKINS LLP
Melanie M. Blunschi (Bar No. 234264)
 melanie.blunschi@lw.com
Nicholas Rosellini (Bar No. 316080)
 nick.rosellini@lw.com
Alisha Nguyen (Bar No. 344450)
 alisha.nguyen@lw.com
Carmen Crossley (Bar No. 344856)
 carmen.crossley@lw.com
505 Montgomery St., Suite 2000
San Francisco, CA 94111
Telephone: +1.415.391.0600

Gary Feinerman (*pro hac vice*)
 gary.feinerman@lw.com
Kathryn K. George (*pro hac vice*)
 katie.george@lw.com
330 N. Wabash Ave., Suite 2800
Chicago, IL 60611
Telephone: +1.312.876.7700

Attorneys for Defendant Meta Platforms, Inc.

BURSOR & FISHER, P.A.
L. Timothy Fisher (State Bar No. 191626)
1990 North California Blvd., 9th Floor
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
E-mail: ltfisher@bursor.com

Attorneys for Plaintiff Nicholas Robinson

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICHOLAS ROBINSON, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>META PLATFORMS, INC.<br><br>Defendant. | Case No. 3:26-cv-01616-CRB<br><br>Hon. Charles R. Breyer<br><br>**[PROPOSED] ORDER GRANTING EXTENDED MOTION TO DISMISS BRIEFING SCHEDULE**<br><br>Complaint Served: January 23, 2026<br>Current Opposition Date: April 27, 2026<br>New Opposition Date: May 13, 2026<br>Current Reply Date: May 4, 2026<br>New Reply Date: June 3, 2026 |

**[PROPOSED] ORDER**

Having reviewed the Joint Stipulation, the Court finds, adjudges, and orders as follows:

1.    The Joint Stipulation to Extend Motion to Dismiss Briefing Schedule [L.R. 6-1] is GRANTED;

2.    Plaintiff will file his opposition to Defendant's Motion to Dismiss or his First Amended Complaint by May 13, 2026;

3.    Defendant will file its reply to any opposition Plaintiff may file by June 3, 2026.

IT IS SO ORDERED.

Date:    April 23, 2026

CHARLES R. BREYER
DISTRICT COURT JUDGE
NORTHERN DISTRICT OF CALIFORNIA