LATHAM & WATKINS LLP
Melanie M. Blunschi (Bar No. 234264)
 melanie.blunschi@lw.com
Nicholas Rosellini (Bar No. 316080)
 nick.rosellini@lw.com
Alisha Nguyen (Bar No. 344450)
 alisha.nguyen@lw.com
Carmen Crossley (Bar No. 344856)
 carmen.crossley@lw.com
505 Montgomery St., Suite 2000
San Francisco, CA 94111
Telephone: +1.415.391.0600

Gary Feinerman (*pro hac vice*)
 gary.feinerman@lw.com
Kathryn K. George (*pro hac vice*)
 katie.george@lw.com
330 N. Wabash Ave., Suite 2800
Chicago, IL 60611
Telephone: +1.312.876.7700

*Attorneys for Defendant*
*Meta Platforms, Inc.*

[Additional Counsel on Signature Page]

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| NICHOLAS ROBINSON, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>META PLATFORMS, INC.,<br><br>Defendant. | Case No. 3:26-cv-01616-CRB<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER CONTINUING HEARING ON META PLATFORMS, INC.'S MOTION TO DISMISS**<br><br>L.R. 6-1(b) and 7-12<br><br>Hon. Charles R. Breyer |

Pursuant to Civil Local Rules 6-1(b) and 7-12, Defendant Meta Platforms, Inc. ("Meta") and Plaintiff Nicholas Robinson ("Plaintiff"), by and through their undersigned counsel, hereby stipulate as follows:

WHEREAS, on April 13, 2026, Meta filed its Motion to Dismiss the Class Action Complaint ("Motion to Dismiss") (Dkt. 20);

WHEREAS, oral argument on Meta's Motion to Dismiss is currently set for June 26, 2026 at 10:00 a.m. (Dkt. 23);

WHEREAS, on April 23, 2026, the Court granted the parties' stipulation to extend the briefing schedule on Meta's Motion to Dismiss (*id.*);

WHEREAS, the parties have conferred and agreed that a continuance of the hearing on Meta's Motion to Dismiss to July 17, 2026 would accommodate various scheduling conflicts and business demands, such that good cause exists for such a continuance;

IT IS ACCORDINGLY STIPULATED, subject to the Court's approval, by and between the undersigned counsel for the Parties, that:

1. The hearing on Meta's Motion to Dismiss is continued to July 17, 2026 at 10:00 a.m.

Respectfully Submitted,

Dated: April 27, 2026

LATHAM & WATKINS LLP

By */s/ Melanie M. Blunschi*
Melanie M. Blunschi (Bar No. 234264)
 melanie.blunschi@lw.com
Nicholas Rosellini (Bar No. 316080)
 nick.rosellini@lw.com
Alisha Nguyen (Bar No. 344450)
 alisha.nguyen@lw.com
Carmen Crossley (Bar No. 344856)
 carmen.crossley@lw.com
505 Montgomery St., Suite 2000
San Francisco, CA 94111
Telephone: +1.415.391.0600

Gary Feinerman (*pro hac vice*)
 gary.feinerman@lw.com
Kathryn K. George (*pro hac vice*)
 katie.george@lw.com

330 N. Wabash Ave., Suite 2800
Chicago, IL 60611
Telephone: +1.312.876.7700

*Attorneys for Defendant*
*Meta Platforms, Inc.*

Dated: April 27, 2026                    BURSOR & FISHER, P.A.

By */s/ L. Timothy Fisher*
L. Timothy Fisher (State Bar No. 191626)
1990 North California Blvd., 9th Floor
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
E-mail: ltfisher@bursor.com

*Attorneys for Plaintiff Nicholas Robinson*

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: ___April 28, 2026___               _____
                                          Hon. Charles R. Breyer
                                          United States District Judge