LATHAM & WATKINS LLP
Melanie M. Blunschi (Bar No. 234264)
  *melanie.blunschi@lw.com*
Nicholas Rosellini (Bar No. 316080)
  *nick.rosellini@lw.com*
Alisha Nguyen (Bar No. 344450)
  *alisha.nguyen@lw.com*
Carmen Crossley (Bar No. 344856)
  *carmen.crossley@lw.com*
505 Montgomery St., Suite 2000
San Francisco, CA 94111
Telephone: +1.415.391.0600

Gary Feinerman (*pro hac vice*)
  *gary.feinerman@lw.com*
Kathryn K. George (*pro hac vice*)
  *katie.george@lw.com*
330 N. Wabash Ave., Suite 2800
Chicago, IL 60611
Telephone: +1.312.876.7700

*Attorneys for Defendant*
*Meta Platforms, Inc.*

[Additional Counsel on Signature Page]

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| NICHOLAS ROBINSON, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>META PLATFORMS, INC.,<br><br>Defendant. | Case No. 3:26-cv-01616-CRB<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER CONTINUING HEARING ON DEFENDANT META PLATFORMS, INC.'S MOTION TO DISMISS CLASS ACTION COMPLAINT**<br><br>L.R. 6-1(b) and 7-12<br><br>Hon. Charles R. Breyer |

Pursuant to Civil Local Rules 6-1(b) and 7-12, Defendant Meta Platforms, Inc. ("Meta") and Plaintiff Nicholas Robinson ("Plaintiff"), by and through their undersigned counsel, hereby stipulate as follows:

WHEREAS, on April 13, 2026, Meta filed its Motion to Dismiss the Class Action Complaint ("Motion to Dismiss") and noticed the motion for a hearing on June 26, 2026 (Dkt. 20);

WHEREAS, on April 28, 2026, the Court approved the parties' stipulation to continue the hearing on the Motion to Dismiss to July 17, 2026 (Dkt. 26);

WHEREAS, on May 13, 2026, Plaintiff filed his opposition to the Motion to Dismiss (Dkt. 27);

WHEREAS, on June 3, 2026, Meta filed its reply in support of its Motion to Dismiss (Dkt. 28);

WHEREAS, on June 26, 2026, the Court sua sponte continued the hearing on the Motion to Dismiss to July 24, 2026 at 10:00 a.m. (Dkt. 29);

WHEREAS, the parties have conferred and agreed that continuing the hearing on the Motion to Dismiss to September 11, 2026 would accommodate various scheduling conflicts and business demands, including Meta's counsel's previously planned family vacation, such that good cause exists for such a continuance;

IT IS ACCORDINGLY STIPULATED, subject to the Court's approval, by and between the undersigned counsel for the Parties, that:

1. The hearing on Meta's Motion to Dismiss is continued to September 11, 2026 at 10:00 a.m.

Respectfully Submitted,

Dated: July 6, 2026

LATHAM & WATKINS LLP

By: */s/ Melanie M. Blunschi*
Melanie M. Blunschi (Bar No. 234264)
 *melanie.blunschi@lw.com*
Nicholas Rosellini (Bar No. 316080)
 *nick.rosellini@lw.com*
Alisha Nguyen (Bar No. 344450)
 *alisha.nguyen@lw.com*
Carmen Crossley (Bar No. 344856)

*carmen.crossley@lw.com*
505 Montgomery St., Suite 2000
San Francisco, CA 94111
Telephone: +1.415.391.0600

Gary Feinerman (*pro hac vice*)
 *gary.feinerman@lw.com*
Kathryn K. George (*pro hac vice*)
 *katie.george@lw.com*
330 N. Wabash Ave., Suite 2800
Chicago, IL 60611
Telephone: +1.312.876.7700

*Attorneys for Defendant*
*Meta Platforms, Inc.*

Dated: July 6, 2026

BURSOR & FISHER, P.A.

By: */s/ L. Timothy Fisher*
L. Timothy Fisher (State Bar No. 191626)
1990 North California Blvd., 9th Floor
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
E-mail: ltfisher@bursor.com

*Attorneys for Plaintiff*
*Nicholas Robinson*

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: _____July 7, 2026_____

_____
Hon. Charles R. Breyer
United States District Judge