LATHAM & WATKINS LLP
Melanie M. Blunschi (Bar No. 234264)
*melanie.blunschi@lw.com*
Nicholas Rosellini (Bar No. 316080)
*nick.rosellini@lw.com*
Alisha Nguyen (Bar No. 344450)
*alisha.nguyen@lw.com*
Carmen Crossley (Bar No. 344856)
*carmen.crossley@lw.com*
505 Montgomery St., Suite 2000
San Francisco, CA 94111
Telephone: +1.415.391.0600

Gary Feinerman (*pro hac vice*)
*gary.feinerman@lw.com*
Kathryn K. George (*pro hac vice*)
*katie.george@lw.com*
330 N. Wabash Ave., Suite 2800
Chicago, IL 60611
Telephone: +1.312.876.7700

*Attorneys for Defendant*
*Meta Platforms, Inc.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| NICHOLAS ROBINSON, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>META PLATFORMS, INC.,<br><br>Defendant. | Case No. 3:26-cv-01616-CRB<br><br>**DEFENDANT META PLATFORMS, INC.'S STATEMENT OF RECENT DECISION IN SUPPORT OF META'S MOTION TO DISMISS CLASS ACTION COMPLAINT**<br><br>Hearing: September 11, 2026<br>Time: 10:00 a.m.<br>Location: Courtroom 6—17th Floor<br>Judge: Hon. Charles R. Breyer |

**STATEMENT OF RECENT DECISION**

Pursuant to Civil Local Rule 7-3(d)(2), Defendant Meta Platforms, Inc. ("Meta") respectfully submits this Statement of Recent Decision in connection with its pending Motion to Dismiss Class Action Complaint (Dkt. 20). Attached as Exhibit A is a copy of Judge Eumi K. Lee's recent decision dismissing the plaintiffs' CDAFA claim in *In re Otter.AI Privacy Litigation*, No. 25-cv-06911-EKL, 2026 WL 2351237, *10 (N.D. Cal. Aug. 13, 2026).

Dated: September 3, 2026

LATHAM & WATKINS LLP

By: */s/ Melanie M. Blunschi*

Melanie M. Blunschi (Bar No. 234264)
*melanie.blunschi@lw.com*
Nicholas Rosellini (Bar No. 316080)
*nick.rosellini@lw.com*
Alisha Nguyen (Bar No. 344450)
*alisha.nguyen@lw.com*
Carmen Crossley (Bar No. 344856)
*carmen.crossley@lw.com*
505 Montgomery St., Suite 2000
San Francisco, CA 94111
Telephone: +1.415.391.0600

Gary Feinerman (*pro hac vice*)
*gary.feinerman@lw.com*
Kathryn K. George (*pro hac vice*)
*katie.george@lw.com*
330 N. Wabash Ave., Suite 2800
Chicago, IL 60611
Telephone: +1.312.876.7700

*Attorneys for Defendant*
*Meta Platforms, Inc.*